JEFFRY K. FINER
West 505 Riverside, Suite 600
Spokane, WA 99201
509 747-4900
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER LEE CUMPTON,<br><br>       Plaintiff,<br><br>v.<br><br>CITY OF EAST WENATCHEE,<br>COUNTY OF CHELAN, and D.W.<br>SCHREIBER, in his Individual and<br>Representative Capacities,<br><br>       Defendants. | NO. CV-07-156-RHW<br><br>COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL |

## INTRODUCTION

The Plaintiff is a single-mother who on November 28, 2005, reported to Spokane Police a burglary of her home. The police noted that there was a facially valid arrest warrant out of Chelan County for Ms. Compton and after taking her report regarding the burglary, placed her under arrest and booked her into the Spokane County Jail. After three days, it was determined that the warrant, though facially valid, wrongly identified Ms. Cumpton, who was then

COMPLAINT FOR DAMAGES • Page 1

Jeffry K Finer, PS

LAW OFFICES OF
505 WEST RIVERSIDE • SUITE 600
SPOKANE, WASHINGTON • 99201
509 747-4900 • FACSIMILE 838-2050

released on November 30, 2005. The affiant who had originally obtained the warrant failed to properly identify the suspect in a Columbia River Drug Task Force investigation and entered data incorrectly identifying Ms. Cumpton into the affidavit.

## I.  PARTIES

1.1  Plaintiff is a natural person residing in Spokane County, Washington.

1.2  Defendant City of East Wenatchee is a municipality in the State of Washington and is believed to have been the employer of Defendant D.W. Schreiber at the time of the incidents complained of below.

1.3  Defendant County of Chelan is a municipality in the State of Washington and is believed to have been at the time of the complained actions a member of the Columbia River Drug Task Force.

1.4  Defendant D.W. Schreiber is believed to have been a resident of the County of Douglas, Washington, at all times material to this litigation and was a commissioned or deputized City employee acting in the employ of Defendant City of East Wenatchee with responsibilities for investigating drug crimes pursuant to his appointment or loan to the Columbia River Drug Task Force.

COMPLAINT FOR DAMAGES • Page 2

Jeffry K Finer, PS
LAW OFFICES OF
505 West Riverside • Suite 600
Spokane, Washington • 99201
509 747-4900 • facsimile 838-2050

## II. JURISDICTION AND VENUE

2.1 All acts complained of occurred in the Eastern District of Washington.

2.2 Venue is proper in the United States District Court for the Eastern District of Washington.

2.3 Jurisdiction is proper in the United States District Court pursuant to Title 42, United States Code § 1988; Title 28 USC § 1331; and 28 USC § 1343(a)(3).

2.4 This court has personal and subject matter jurisdiction.

2.5 An administrative claim pursuant to RCW 36.45 and RCW 4.96.020 was presented to Defendants City of East Wenatchee and County of Chelan on or about March 6, 2007. Defendants have failed to respond to this Notice of Claim.

## III. FACTS

3.1 During the later half of 2004 and the early winter of 2005, Defendant Schreiber, acting under the authority of the Columbia River Drug Task Force, was conducting a narcotics investigation involving several individuals allegedly selling methamphetamine in the Wenatchee area. Defendant Schreiber over the course of at least three months supervised illegal drug transactions between a confidential informant and a suspect named "Jennifer." During this time, Defendant Schreiber was working to

COMPLAINT FOR DAMAGES • Page 3

Jeffry K Finer, PS
LAW OFFICES OF
505 WEST RIVERSIDE • SUITE 600
SPOKANE, WASHINGTON • 99201
509 747-4900 • FACSIMILE 838-2050

develop a body of evidence to prove the suspects' involvement in illegal activity. This body of evidence included a videotape and at least one still photo of "Jennifer."

3.2 On or about January 11, 2005, Defendant Schreiber filed a probable cause affidavit and arrest warrants were issued for the arrest of Jennifer L. Cumpton with personal identifiers that match those of the Plaintiff but that did not match the suspect in the drug trafficking investigation.

3.3 During the early evening hours of November 28, 2005, Plaintiff Jennifer L. Cumpton, a single mother with minor children, contacted the Spokane Police Department to report a burglary of her Spokane home. Two Spokane Police Department cruisers subsequently arrived at the Plaintiff's home. The Spokane Police officers conducted a sweep of the home and then informed Ms. Cumpton that they needed to arrest her for outstanding arrest warrants from Chelan and Douglas Counties for many counts of unlawful delivery of methamphetamine. Plaintiff was subsequently arrested by law enforcement and taken to Spokane County Jail where she was held for three days.

3.4 Plaintiff repeatedly provided officers with information to put them on notice that she was not the person they sought and that some mistake had been made. Plaintiff was held by Spokane County until Columbia River

COMPLAINT FOR DAMAGES • Page 4

Jeffry K Finer, PS
LAW OFFICES OF
505 West Riverside • Suite 600
Spokane, Washington • 99201
509 747-4900 • facsimile 838-2050

Drug Task Force personnel confirmed that Ms. Jennifer Lee Cumpton was not the individual that they sought.

3.5 As a result of the wrongful detention, Plaintiff was deprived of her liberty interests as guaranteed under the Fourteenth Amendment and 42 United States Code Section 1983.

3.6 The actions taken by Defendants involved reckless and callous indifference to the federally protected rights of Plaintiff Cumpton.

3.7 The actions taken by Defendants involved negligence toward the federally protected rights of Plaintiff Cumpton.

3.8 As a direct and proximate cause of her wrongful arrest and incarceration, the Plaintiff has suffered damages.

### IV. FEDERAL CLAIMS FOR RELIEF

**Violations of Title 42, United States Code § 1983**

4.1 As set forth in Paragraphs 3.1 through 3.8, above, Defendants' conduct constitutes deprivation of federally protected rights under color of law, i.e., deliberate indifference to Plaintiff's liberty interest and her rights under the Fourth, Fifth and Fourteenth Amendments. As a result of this conduct, Defendants caused Plaintiff to experience a deprivation of her constitutionally guaranteed liberty interest.

Jeffry K Finer, PS
505 West Riverside • Suite 600
Spokane, Washington • 99201
509 747-4900 • facsimile 838-2050

## V. STATE CLAIMS FOR RELIEF

**Negligence**

5.1   As set forth in Paragraphs 3.1 through 3.8, above, Defendants' conduct constitutes negligence under the laws of the State of Washington.

## VI. PRAYER FOR RELIEF

Plaintiff respectfully demands a jury trial on all issues and further that Plaintiff be awarded:

6.1   Economic and non-economic damages in an amount not less than $147,000.00 (one hundred forty-seven thousand dollars), in addition to exemplary or punitive damages as allowed by law;

6.2   Punitive damages to be determined by the jury;

6.3   Plaintiff's reasonable attorneys fees and costs, pursuant to 42 USC § 1988, or as otherwise provided by law; and,

6.4   For such other and further relief as the court deems just and equitable.

DATED this 15th day of May, 2007.

s/Jeffry K. Finer, WSBA No. 14610<br>Attorney for Plaintiff