UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JENNIFER LEE CUMPTON,

    Plaintiff,

v.

CITY OF EAST WENATCHEE and D.W. SCHREIBER,

    Defendants.

NO. CV-07-156-RHW

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

Before the Court are the parties' Joint Stipulation of Dismissal with Prejudice (Ct. Rec. 51), and Motion to Dismiss (Ct. Rec. 53). This matter was heard without oral argument. Plaintiff and Defendants ask that all claims against Defendants be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation of Dismissal with Prejudice (Ct. Rec. 51) is **GRANTED**.

2. The parties' Motion to Dismiss (Ct. Rec. 53) is **GRANTED**.

3. The above-captioned action is **DISMISSED** with prejudice and without award of costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and to **close the file**.

**DATED** this 29th day of October, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Cumpton\stip.dismiss2.ord.wpd

ORDER GRANTING JOINT STIPULATION OF DISMISSAL * 1